STATE of Vermont v. James LAYTON, No. 465-79

April 28, 1980. Bail appeal dismissed as moot.

STATE of Vermont v. Richard A. PLOOF, No. 466-79

April 28, 1980. Bail appeal dismissed as moot.

CITY OF SOUTH BURLINGTON v. Roland BOUTIN and Clarice Boutin, No. 473-79

April 28, 1980. The asserted grounds for appeal having been waived in the trial court, the entry must be affirmed.

Gerard TRUDEAU v. William H. CONWAY, Jr., Individually and as Commissioner of Motor Vehicles, No. 39-80

April 28, 1980. Motion to dismiss denied.

STATE of Vermont v. Leland A. YOUNG, No. 322-79

May 2, 1980. Motion of the State of Vermont to modify the conditions of release set by the Vermont District Court, Unit No. 4, Orleans Circuit, is denied. Conditions of release to continue as set. 13 V.S.A. § 7554. Motion of the State of Vermont to revoke the stay of execution of sentence is denied. V.R.A.P. 8(a).

Daley, J.

Dean Merrill HALL and Francis Hall v. STRATTON CORPORATION, No. 398-79

May 2, 1980. Motion to dismiss denied without prejudice.

Lillian STENTA v. DEPARTMENT OF SOCIAL WELFARE, No. 133-80

May 9, 1980. Appellant's motion to proceed in forma pauperis is granted. V.R.A.P. 24.

Daley, J.

Lubomyr DEMCHUK v. PRESIDENT AND FELLOWS OF MIDDLEBURY COLLEGE and David Price, No. 166-80

May 12, 1980. Motion for temporary restraining order and preliminary injunction under V.R.A.P. 8 is denied, since there is no appeal to this Court pending. Petition for extraordinary relief under V.R.A.P. 21 is set for hearing before the full Court on Thursday, May 15, 1980, at 1:30 p.m.

Hill, J.